by Charles Belling, Jr., against Arthur E. Roberts, impleaded, etc. No opinion. Judgment affirmed, with costs.

---

BERNSTEIN, Respondent, v. PUNDT, Appellant. (Supreme Court, Appellate Term. June 28, 1900.) Action by Barbara Bernstein against Charles F. Pundt. Judgment for plaintiff, and defendant appeals. Affirmed. Hyman Levy, for appellant. Levy & Bachrach, for respondent.

PER CURIAM. Judgment affirmed, with costs.

---

BERRINGER, Appellant, v. NEW YORK STEAM CO., Respondent. (Supreme Court, Appellate Division, First Department. June 15, 1900.) Action by John Berringer against the New York Steam Company. W. Carmalt, for appellant. J. V. Bouvier, for respondent. No opinion. Judgment and order affirmed, with costs.

---

BERRY, Respondent, v. ATLANTIC STORAGE CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 22, 1900.) Action by Michael Berry against the Atlantic Storage Company. No opinion. Motion for reargument, or for leave to appeal to the court of appeals, denied. Proceedings to enforce judgment stayed for 10 days. See 64 N. Y. Supp. 292.

---

BIELENBERG, Respondent, v. FURBER, Appellant. (Supreme Court, Appellate Division, Second Department. June 19, 1900.) Action by Henry Bielenberg against Lena Furber. No opinion. Judgment affirmed on argument, with costs.

---

BINGHAM et al., Respondents, v. HARRISON, Appellant. (Supreme Court, Appellate Division, First Department. June 8, 1900.) Action by W. A. Bingham & Co. against Edwin M. Harrison. H. M. Lloyd, for appellant. A. F. Hagar, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

---

In re BLACKWELL et al. (Supreme Court, Appellate Division, First Department. June 22, 1900.) In the matter of Francis O. Blackwell and others as directors. C. E. Hughes, for directors. H. Aaron, opposed. No opinion. Order affirmed, with $10 costs and disbursements. See 62 N. Y. Supp. 1132; 63 N. Y. Supp. 1105.

---

BLAKELY–NELLIS, Respondent, v. RAU, Appellant. (Supreme Court, Appellate Term. June 28, 1900.) Action by Eudora H. Blakely-Nellis against Alfred M. Rau. From a judgment in favor of plaintiff, defendant appeals. Affirmed. Greenhall & Levy, for appellant. L. & A. U. Linke, for respondent.

PER CURIAM. Judgment modified, so as to be for $310.17, and, as modified, affirmed, without costs.

---

BLOCK, Respondent, v. WOOLENS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 22, 1900.) Action by Anna Block against Jacob Woolens and others.

PER CURIAM. Judgment affirmed, with costs. All concur, except McLENNAN, J., who dissents upon the ground that the evidence clearly establishes that the tender of the full amount due upon the mortgage was made before the commencement of the action.

---

BORRILL, Appellant, v. BARTON, Respondent. (Supreme Court, Appellate Term. July 25, 1900.) Action by Albert Borrill against Minnie Barton. Judgment for defendant, and plaintiff appeals. Reversed. William Henry Knox, for appellant. G. A. C. Barnett, for respondent.

PER CURIAM. Judgment reversed, and new trial ordered, with costs to appellant to abide the event.

SCOTT, J, not voting.

---

BRIM, Appellant, v. STEVENS, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 29, 1900.) Action by Harry E. Brim against Frank N. Stevens. No opinion. Judgment affirmed, with costs.

---

BROADWAY, Respondent, v. BARNABY MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 9, 1900.) Action by Alexander H. Broadway against the Barnaby Manufacturing Company. No opinion. Order modified, so as to limit the time for the examination to a period of one month, instead of six months, and order, as modified, affirmed, without costs to either party.

---

BRUID, Respondent, v. McVICKAR et al., Appellants. (Supreme Court, Appellate Term. June 13, 1900.) Action by Allie Bruid against Henry W. McVickar and another. Judgment for plaintiff, and defendants appeal. Reversed. Kellogg, Rose & Smith, for appellants. Noah & Seeley, for respondent.

PER CURIAM. The record shows that the plaintiff knew that the defendants were acting as agents for the landlord. Her cause of action with respect to the money paid by her, if she has any, is therefore against the landlord, and not against the defendants. Cooper v. Tim, 16 Misc. Rep. 372, 38 N. Y. Supp. 67. It follows that the judgment must be reversed. Judgment reversed, and new trial ordered, with costs to appellants to abide the event.

---

BUCHANAN, Appellant, v. MILLER, Respondent. (Supreme Court, Appellate Division, First Department. June 22, 1900.) Action by Marcella Buchanan against Isaac N. Miller. S. Hanford, for appellant. A. Furber, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

BUCKLEY, Appellant, v. GOODRICH, Respondent. (Supreme Court, Appellate Division, First Department. June 15, 1900.) Action by William T. Buckley against David H.

Goodrich. J. Stuart, for appellant. J. W. Hutchinson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BULLENKAMP, Appellant, v. BULLEN-KAMP, Respondent. (Supreme Court, Appellate Division, Second Department. June 19, 1900.) Action by Mary Bullenkamp against Annie Bullenkamp. No opinion. Motion granted. See 54 N. Y. Supp. 482; 60 N. Y. Supp. 84; 65 N. Y. Supp. 99.

BURTON, Respondent, v. BURTON, Appellant. (Supreme Court, Appellate Division, Second Department. June 22, 1900.) Action by Isabella M. Burton against J. Howard Burton. No opinion. Judgment and order affirmed by default, with costs.

BUSH, Respondent, v. COLER et al., Appellants. (Supreme Court, Appellate Division, First Department. June 8, 1900.) Action by Irving T. Bush against Bird S. Coler and Franklin Bien. F. Bien, for appellants. S. V. Beckwith, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 53 N. Y. Supp. 679; 64 N. Y. Supp. 1133.

CANFIELD, Respondent, v. FALLON et al., Respondents (GULBRANDSEN et al., Appellants). (Supreme Court, Appellate Division, Second Department. May 29, 1900.) Action by Isaac B. Canfield against Andrew X. Fallon and another, executors, etc., and Catharine E. Gulbrandsen and others.

PER CURIAM. Motion granted, and order on remittitur amended, so as to allow one bill of costs to the respondents other than those represented by the guardian ad litem, and a separate bill of costs to the guardian ad litem. See 57 N. Y. Supp. 149; 60 N. Y. Supp. 1134.

HIRSCHBERG, J., taking no part.

CANNON, Respondent, v. ARMOUR, Appellant. (Supreme Court, Appellate Division, First Department. May 25, 1900.) Action by John E. Cannon against P. D. Armour. P. B. Adams, for appellant. E. Swan, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

CARPENTER, Respondent, v. TURK, Appellant. (Supreme Court, Appellate Term. July 11, 1900.) Action by Georgiana Carpenter against Robert L. Turk. From a judgment in favor of plaintiff, defendant appeals. Reversed. E. H. Murphy, for appellant. G. W. Galinger, for respondent.

DUGRO, J. On December 12th the plaintiff wrote defendant, in substance, that she believed that the balance due her on her account was $14.50. This was, in substance, a statement by her memory of the account as it was on the date referred to. Upon the trial plaintiff failed, though interrogated about it, to explain the letter. In February defendant sent plaintiff $25, and satisfactorily explained why he sent it. In view of the evidence referred to, the judgment should have been in favor of the defendant. The plaintiff certainly did not prove her case by a fair preponderance of evidence. I believe that the judgment should be reversed, with costs.

TRUAX, P. J., concurs.

CARSON, Respondent, v. PRESS CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 28, 1900.) Action by Robert Carson, an infant, by David P. Carson, guardian, against the Press Company. No opinion. Judgment and order affirmed, with costs. See 60 N. Y. Supp. 1134.

CHAINLESS CYCLE MFG. CO., Respondent, v. SECURITY INS. CO. OF NEW HAVEN, CONN., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 12, 1900.) Action by the Chainless Cycle Manufacturing Company against the Security Insurance Company of New Haven, Conn. No opinion. Motion for reargument denied, with $10 costs. See 64 N. Y. Supp. 1060.

CHASE, Appellant, v. LEHIGH VAL. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. June 5, 1900.) Action by John O. Chase, by his guardian ad litem, Edwin W. Montgomery, against the Lehigh Valley Railroad Company. No opinion. Order affirmed, with costs.

CHURCH, Appellant, v. WALSH et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 5, 1900.) Action by George W. Church against Elizabeth Walsh and others.

PER CURIAM. We are not prepared to say that the appeal was not taken in time. It must be heard, however, upon the papers recited in the order appealed from. The affidavit in opposition to this motion indicates that the judge at special term was particularly careful in respect to the recitals in the resettled order, and that the papers mentioned therein were actually used and considered in the determination made by him. Application to be relieved from printing certain papers on appeal denied.

CHURCH, Appellant, v. WALSH et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 19, 1900.) Action by George W. Church against Elizabeth Walsh and others. No opinion. Motion to dismiss appeal from judgment denied, without costs. Motion to dismiss appeal from order denied, without costs.

CLARE, Respondent, v. ADAMS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 5, 1900.) Action by John Clare against Lucius F. Adams and another. No opinion. Judgment affirmed, with costs.

In re CLARK. (Supreme Court, Appellate Division, Second Department. June 22, 1900.) In the matter of the application of Henry R. Clark. No opinion. Order affirmed, with $10 costs and disbursements.